# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DAN-BUNKERING (AMERICA) INC. | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-3341-S |
| ICHOR OIL, LLC | § § | |
| *Defendant,* | § § | |
| and | § § | |
| TRUIST BANK d/b/a BB&T | § § | |
| *Garnishee.* | § | |

## ORDER

This Order addresses Plaintiff Dan-Bunkering (America) Inc.'s Motion for Appointment for Service of Process of Maritime Attachment and Garnishment [ECF No. 5]. The Court **GRANTS** the Motion and orders that Scott R. Wiehle or any other person at least 18 years of age, and not a party to this action, appointed by Scott R. Wiehle be appointed to serve Process of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint.

**SO ORDERED.**

SIGNED November 10, 2020.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**