IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| Dan-Bunkering (America) Inc., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.: |
| vs. | § § | 3:20-cv-03341-S |
| IChor Oil, LLC, | § § | IN ADMIRALTY, Rule 9(h) |
| Defendant, | § § | |
| and | § § | |
| Truist Bank d/b/a BB&T, | § § | |
| Garnishee. | § | |

## REQUEST TO THE CLERK TO ISSUE
## SUPPLEMENTAL PROCESS OF MARITIME ATTACHMENT
## AND GARNISHMENT, PURSUANT TO
## THE COURT'S ORDER [ECF 9]

To the Clerk:

Please pursuant to the Court's November 10, 2020 [ECF 9], *inter alia*:

**ORDERED**, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court . . .

Issue a supplemental Rule B Writ of Maritime Attachment and Garnishment to garnishee B&G Futures Inc.

Dan-Bunkering (America) Inc. herewith submits a draft writ.

[continued on next page]

Dated: December 4, 2020.

| | |
|---|---|
| Scott R. Wiehle<br>State Bar No. 24043991<br>scott.wiehle@kellyhart.com<br><br>Emily R. Steppick<br>emily.steppick@kellyhart.com<br>State Bar No. 24117095<br><br>KELLY HART & HALLMAN, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone: (817) 332-2500 | */s/ J. Stephen Simms*<br>J. Stephen Simms<br>(*pro hac vice*)<br>jssimms@simmsshowers.com<br><br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Telephone: (410) 783-5795<br>Facsimile: (410) 510-1789 |

Counsel for Dan-Bunkering (America) Inc.