IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| Dan-Bunkering (America) Inc., § § Plaintiff, § § vs. § § IChor Oil, LLC, et al., § § Defendant and Garnishees. § | CIVIL ACTION NO.: 20-cv-3341-S-BT<br><br>IN ADMIRALTY, Rule 9(h) |

## POST-JUDGMENT WRIT OF GARNISHMENT

THE STATE OF TEXAS

To:   **GARNISHEE MARATHON PETROLEUM SUPPLY AND TRADING LLC**
c/o C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

WHEREAS, in the United States District Court for the Northern District of Texas, in a certain cause wherein Dan-Bunkering (America) Inc. is plaintiff and B & G Futures Inc. is a garnishee, judgment was entered in favor of Plaintiff Dan-Bunkering (America) Inc. in the amount of $350,000.00.

WHEREAS, believing that the garnishee has no property in this State sufficient to satisfy the judgment and subject to execution, and that Marathon Petroleum Supply and Trading LLC is indebted to garnishee or possesses property belonging to garnishee, plaintiff has applied for a Writ of Garnishment against said Marathon Petroleum Supply and Trading LLC.

THEREFORE, YOU ARE HEREBY COMMANDED to file an answer in the United States District Court for the Northern District of Texas, 1100 Commerce St, Dallas, TX 75242, at or before 10:00 a.m. on the Monday next following the expiration of twenty (20) days from the date of service hereof, then and there to answer upon oath what, if anything you are indebted to said garnishee B & G Futures Inc. and were when this writ was served upon you, and what effects, if any, of said garnishee B & G Futures Inc. you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to the said garnishee B & G Futures Inc. or have effects belonging to said defendant in their possession.

YOU ARE FURTHER COMMANDED NOT to pay to garnishee any debt or to deliver to it any effects, pending further order of this court.

HEREIN FAIL NOT, but make due answer as the law directs.

## NOTICE TO JUDGMENT DEBTOR

To: B & G Futures Inc.

  YOU ARE HEREBY NOTIFIED that certain properties alleged to be claimed by you have been garnished. If you claim any rights in such property, you are advised:

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

Dated: 6/23/2021

              KAREN MITCHELL
              CLERK OF THE COURT


              By:__s/J. Garza_____
              Deputy Clerk