IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| Dan-Bunkering (America) Inc., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO.: 20-cv-3341-S-BT |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| IChor Oil, LLC, et al., § | |
| § | |
| Defendant and Garnishees. § | |

## NOTICE – DISCOVERY DEADLINE EXTENSION

Pursuant to the Court's Pretrial Scheduling Order [ECF 90] ("The parties may agree to extend the discovery deadline, provided (1) the extension does not affect the dispositive motion deadline established by this Pretrial Scheduling Order, and (2) the parties give prompt written notice of the extension to the Court."), the parties give notice of their agreement to extend the March 11, 2022 discovery deadline for the limited purpose of completing depositions of Gary Stanley, the principal of Ichor, and of Steve DiPietro and Tiku Vyas, the principals of garnishee B&G.

Dated: March 10, 2022.

| | |
|---|---|
| /s/ J. Stephen Simms | Scott R. Wiehle |
| J. Stephen Simms (admitted *pro hac vice*) | State Bar No. 24043991 |
| Simms Showers LLP | scott.wiehle@kellyhart.com |
| 201 International Circle, Ste. 230 | Emily R. Steppick |
| Baltimore, Maryland 21030 | emily.steppick@kellyhart.com |
| Telephone:    (410) 783-5795 | State Bar No. 24117095 |
| Facsimile:    (410) 510-1789 | |
| jssimms@simmsshowers.com | KELLY HART & HALLMAN LLP |
| | 201 Main Street, Suite 2500 |
| | Fort Worth, Texas 76102 |
| | Telephone: (817) 332-2500 |
| | Facsimile: (817) 878-9280 |

Counsel for Dan-Bunkering (America) Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I caused the foregoing to be filed on the Court's CM/ECF system for electronic on all counsel of record.

                                                     /s/ J. Stephen Simms
                                                    J. Stephen Simms