IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | |
|---|---|
| DAN-BUNKERING (AMERICA), INC., § | |
| § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 3:20-cv-03341-S |
| v. § | |
| § | IN ADMIRALTY, RULE 9(h) |
| ICHOR OIL, LLC, § | |
| § | |
| Defendant § | |

## B&G FUTURES, INC.'S NOTICE OF VACATION

TO THE HONORABLE REBECCA RUTHERFORD, UNITED STATES MAGISTRATE JUDGE:

Now comes B&G Futures, Inc. to file this Notice of Vacation to inform the Court and the parties that counsel for B&G futures will be out of town on vacation during June 8-16, 2023.

B&G Futures requests that no hearings in this matter be set during those dates.

Respectfully submitted,

 /s/ Kurt S. Elieson
Kurt S. Elieson
Texas Bar No. 06521100
KurtE@CarpLawFirm.com
CARPENTER & ASSOCIATES
555 Republic Drive, Suite 510
Plano, Texas 75074
972-455-8700 – Tel.
972-807-3837 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic notification system to all counsel of record at the time of filing.

 /s/ Kurt S. Elieson
Kurt S. Elieson